IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

ALLEN M. WILLIAMS,

    Plaintiff,

v.

CLARENCE A. WILLIAMS

    Defendant

---

# COMPLAINT

---

Plaintiff Allen M. Williams, through his attorneys GADDIS, KIN, HERD & CRAW, P.C., by Gary S. Craw, allege and state the following as his cause of action against the Defendant, Clarence A. Williams:

### Jurisdictional Statement - Diversity of Citizenship and Amount

This Court has diversity jurisdiction over this action pursuant to *28 U.S.C. § 1332*. Plaintiff is a resident and domiciliary of the State of Georgia. Defendant is a resident and domiciliary of the State of Colorado. The amount in dispute in this contract action exceeds the sum or value of $75,000.00.

### Statement of Claim

1. Defendant Clarence A. Williams is a resident and domiciliary of El Paso County, Colorado.

2. Plaintiff is a resident and domiciliary of Chatham County, Georgia.

3. In April 2006, Plaintiff and Defendant entered into an Agreement as follows: the Plaintiff would convey title to real property, commonly known as 311 34 Road, Palisade, Colorado, consisting of a house and orchard (hereafter referred to as the "Property") to Defendant; in return, Defendant would pay Plaintiff the fair market value of the Property as of April 15, 2006, in its then current condition. Defendant intended to complete some

improvements to the Property and then sell it to recover his investment.

4. Pursuant to the agreement, Plaintiff conveyed title to the Property to Defendant. By an appraisal the Defendant subsequently obtained in 2007 the fair market value of the Property in its then current condition as of April 15, 2006 was determined to be $395,000.00. Plaintiff agreed to this appraised value of the Property.

5. Plaintiff also advanced the sum of $38,890.00 to Defendant for the said improvements to the Property.

6. Defendant has not paid Plaintiff the $395,000.00 for the Property.

7. Defendant has not repaid the Plaintiff for the $38,890.00 that was advanced by the Plaintiff.

8. Defendant therefore owes Plaintiff the sum of $433,890.00.

9. After demand for payment, Defendant has failed or refused to pay to Plaintiff the amounts pursuant to the above agreement.

WHEREFORE Plaintiff prays for judgment against Clarence A. Williams based upon the above agreement in the amount of $433,890.00 or such other amount as determined by the Court, plus interest at the statutory rate, and for such other and further relief as the Court deems proper.

Respectfully submitted, this 12th day of August, 2009.

s/ Gary S. Craw
Gary S. Craw, #9673
James W. Kin, #1873
**GADDIS, KIN, HERD & CRAW, P.C.**
118 S. Wahsatch, Suite 100
Colorado Springs, CO  80903
Telephone: (719) 471-3848
FAX: (719) 471-0317
E-mail: gsc@gaddiskinherd.com
Attorneys for Plaintiff Allen M. Williams

Plaintiffs' Address:
Allen M. Williams
P.O. Box 24014
Savannah, GA 31403