IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-01938-WDM

ALLEN M. WILLIAMS,

    Plaintiff,

v.

CLARENCE A. WILLIAMS,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for summary judgment is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: March 30, 2010

                                s/ Jane Trexler, Judicial Assistant