IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01938-WDM-MJW

ALLEN M. WILLIAMS,

Plaintiff,

v.

CLARENCE A. WILLIAMS,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to Withdraw Motion to Compel Documents (Uncontested) (Docket No. 28) is granted, and thus plaintiff's Motion to Compel Documents (Docket Number 22) is deemed withdrawn.

Date: April 6, 2010