IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01938-WDM-MJW

ALLEN M.  WILLIAMS,

Plaintiff(s),

v.

CLARENCE A.  WILLIAMS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Plaintiff's Motion to Amend Pre Trial [sic] Order of July 16, 2010 (docket no. 52) is DENIED.  I find no  basis in law or fact presented by the Pro Se Plaintiff to grant the relief requested in the subject motion. Defendant Clarence A. Williams has a right to present any affirmative defense to the claims brought against him by Plaintiff Allen M. Williams.

Date:   March 21, 2011