IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen          Date:  December 2, 2011
Court Reporter:   Gwen Daniel

_____

Civil Action No.   09-cv-01938-WJM-MJW

ALLEN M. WILLIAMS,                                     *pro se*

      Plaintiff,

v.

CLARENCE A. WILLIAMS,                            *pro se*

      Defendant.

_____

COURTROOM MINUTES
_____

FINAL TRIAL PREPARATION CONFERENCE

02:02 p.m.    Court in Session

Appearances

Court's comments

This matter is set for a two-day bench trial commencing Monday, December 19, 2011 at 8:00 a.m., and will conclude no later than 5:00 p.m. on Tuesday, December 20, 2011.

The Court addresses the first part of Plaintiff's Motion in Limine [ECF No. 74].

Argument by Mr. Allen Williams

Argument by Mr. Clarence Williams

**ORDERED:  1)**      **As to the first part of Plaintiff's Motion in Limine [ECF No. 74], RULING IS RESERVED, based on the Court's prior comments with respect to application of the Rules of Evidence and with respect to Plaintiff's Exhibit No. 9.**

The Court addresses the second part of Plaintiff's Motion in Limine [ECF No. 74], requesting leave to read portions of Mr. Clarence Williams' deposition at trial.

**ORDERED:** **As to the second part of Plaintiff's Motion in Limine [ECF No. 74], Plaintiff is allowed to use deposition testimony for impeachment. In addition, because Plaintiff is *pro se*, the Court will allow Plaintiff to go a little beyond that, to get more context.**

The Defendant, Clarence Williams, states that he does not intend to use any deposition for impeachment.

The Court addresses Plaintiff's Motion for Sanctions Against Defendant [ECF No. 79].

Court's comments

Argument by Mr. Allen Williams

Argument by Mr. Clarence Williams

**ORDERED: 2)** **Plaintiff's Motion for Sanctions Against Defendant [ECF No. 79] is DENIED.**

Court's further comments

**ORDERED: 3)** **No trial briefs will be accepted from the parties.**

**ORDERED: 4)** **Opening statements are limited to ten minutes for each side.**

Discussion re Witness Lists

The Defendant requests to amend his Witness List to add Mr. Allen Williams as a witness.

Plaintiff, Allen Williams, has no objection.

**ORDERED: 5)** **The Defendant may amend his final Witness List to add Plaintiff, Mr. Allen Williams as a "Will Call" witness at trial.**

Court's comment re stipulations to exhibits

Statement by Mr. Allen Williams

Statement by Mr. Clarence Williams

The Defendant would not agree to stipulate to any exhibits.

**ORDERED: 6)** **On or before December 9, 2011 the parties must confer to review the Exhibit Lists and to stipulate, to the maximum extent possible, to the admissibility of exhibits. The parties may confer over the telephone.**

Further discussion re Exhibit Lists

The Plaintiff is not amending his Exhibit List to add any more exhibits. The Plaintiff is amending his Exhibit List with respect to the stipulations.

**ORDERED: 7)** **The Plaintiff has up to and including Monday, December 12, 2011 to submit his amended Exhibit List.**

The Defendant would like to add to his Exhibit List four e-mails and the appraiser's engagement letter.

Argument by Mr. Allen Williams

Plaintiff objects to Defendant amending his Exhibit List.

**ORDERED: 8)** **The Defendant shall go to the first floor of the Clerk's Office before leaving the building today and make a copy of the appraiser's engagement letter and the four e-mails for the Plaintiff.**

**ORDERED: 9)** **The Defendant shall file on or before Tuesday, December 6, 2011, two documents: 1) an amended Final Witness List that includes the Plaintiff, Allen Williams, as a witness he intends to call at trial; and 2) an amended final list of proposed exhibits which will include the appraiser's engagement letter.**

**ORDERED: 10)** **There were no requests that the Final Pretrial Order be further amended, therefore, no amendment to the Final Pretrial Order will be permitted.**

Court's comments re settlement

Mr. Allen Williams' comments

Mr. Clarence Williams' comments

Mr. Clarence Williams states that he intends to file for bankruptcy and hopes to file by

next Friday, December 9, 2011.

Mr. Allen Williams requests a change of address from the Defendant.

Court's comments

Responding to the Court's inquiry, Defendant Clarence Williams states that he did not know that the filing of a bankruptcy petition stays any ongoing litigation.

Court's further comments

The Court's directives stand – Defendant is required to make copies of the four documents and provide them to the Plaintiff before leaving the building today.  **All deadlines the Court has imposed with respect to the filing of amended final witness lists and final exhibit lists stand.**

Court's comments

The Court will give further consideration to the trial date in this case, given Defendant's intention to file a bankruptcy petition within the week. If the Court decides to continue the trial as a result, an appropriate order will enter.

03:14 p.m.     Court in Recess
               Hearing concluded
               Time: 1/12