**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  09-cv-01938-WJM-MJW

ALLEN M. WILLIAMS,

    Plaintiff,

v.

CLARENCE A. WILLIAMS,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING ACTION

    This matter is before the Court *sua sponte*.  On December 7, 2011, the Court stayed this action pursuant to the automatic stay provisions of the United States Bankruptcy Code, 11 U.S.C. § 362(a)(1), given Defendant Clarence A. Williams' filing of a petition for Chapter 7 bankruptcy in U.S. Bankr. Ct. Case No. 11-bk-38249 in the U.S. Bankruptcy Court for the District of Colorado.  (ECF No. 94.)  Given that this action has been stayed for an indefinite period of time, the Court finds it appropriate to administratively close the action, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2.

    In accordance with the foregoing, the Court hereby ORDERS as follows:

(1)    The Clerk of Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2;

(2) Either party may seek to reopen this action, for good cause shown, after the resolution and closure of U.S. Bankr. Ct. Case No. 11-bk-38249 in the U.S. Bankruptcy Court for the District of Colorado.

Dated this 8th day of May, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge